TILLIE HENRING v. UNION RAILWAY COMPANY OF NEW YORK CITY.—Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.